# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Dean Zinetti and Angela K. Zinetti | } |
| | } |
| Plaintiffs, | } Civil Action No.: 1:19-cv-01279-LPS-JLH |
| | } |
| v. | } |
| | } |
| Deutsche Bank National Trust Company, | } |
| as Trustee for Saxon Asset Securities Trust | } |
| 2007-3, Mortgage Loan Asset Backed | } |
| Certificates, Series 2007-3, and | } |
| Ocwen Loan Servicing, LLC | } |
| | } |
| Defendants. | } |

**PLAINTFFS' RESPONSE TO DEFENDANTS'
FIRST SET OF REQUESTS FOR ADMISSIONS**

Pursuant to Federal Rule of Civil Procedure 36, Defendants Deutsche Bank National Trust Company, as Trustee for Saxon Asset Securities Trust 2007-3, Mortgage Loan Asset Backed Certificates, Series 2007-3 ("Deutsche Bank") and Ocwen Loan Servicing, LLC ("Ocwen") request that Plaintiffs, Dean Zinetti and Angela K. Zinetti, answer the following Requests for Admission within thirty (30) days of service.

**DEFINITIONS**

1. "Plaintiff" "You" and "your" refers to Plaintiffs, Dean Zinetti and Angela K. Zinetti.

2. "Deutsche Bank" refers to Defendant Deutsche Bank National Trust Company, as Trustee for Saxon Asset Securities Trust 2007-3, Mortgage Loan Asset Backed Certificates, Series 2007-3.

3. "Ocwen" refers to Defendant Ocwen Loan Servicing, LLC.

4. "Lawsuit" refers to the above-captioned action titled *Dean Zinetti and Angela K. Zinetti v. Ocwen Loan Servicing, LLC, et al.*, pending in the United States District Court for the District of Delaware, No. 1:19-cv-01279.

5. "Complaint" refers to the Complaint You filed in this Lawsuit on or about June 5, 2019.

6. "Loan" refers to the mortgage loan at issue in this Lawsuit, which was extended by Saxon Mortgage, Inc. to You and executed by You on May 10, 2007, and serviced by Ocwen.

7. "FDCPA" refers to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*, and includes all regulations relating thereto.

8. "RESPA" refers to the Real Estate Settlement Procedures Act, 12 U.S.C. § 2601 *et seq.*, and includes all regulations relating thereto.

9. The "Mortgage" refers to the mortgage executed by You on May 10, 2007, against the property located at 16492 Old Furnace Road Georgetown, DE 19947 and in favor of Saxon Mortgage, Inc., as security for the Loan.

10. The "Property" refers to the property located at 16492 Old Furnace Road Georgetown, DE 19947.

### REQUESTS FOR ADMISSION

1. Admit that the last time You made attempted to make a payment on the Mortgage was in 2015.

**RESPONSE: Denied.  Starting in July 2015, Ocwen held 3 of Plaintiffs' successive mortgage payments in suspense, and then returned the payments to Plaintiffs, as it prepared to initiate foreclosure proceedings against the Plaintiffs.  Specifically, the Zinettis made a payment in July 2015, which Ocwen is still holding in suspense.  The Zinettis made their August 2015 payment on time, but Ocwen returned it on August 3, 2015.  The Zinettis resubmitted the August payment, but Ocwen returned it again on August 13, 2015.  The Zinettis sent a September 2015 payment which returned on September 2, 2015 and resubmitted, but returned again on September 14, 2015.  The Zinetti's sent an October 2015 payment, which was returned on October 16, 2015.   As noted in the Notice of Intent to Foreclose Ocwen sent to Plaintiffs on**

2

**November 25, 2015, Ocwen sought to collect $8,395.49, which included amounts the Zinettis disputed. Due to Ocwen's refusal to accept their payments, Plaintiffs have been setting aside the monthly mortgage payments in a separate account, while seeking to have Ocwen correct misapplied payments and escrow errors.**

    2.  Admit that you did not make a payment on the Mortgage in 2016.

**RESPONSE: Denied. As noted in response #1 above, Ocwen refused to accept the Zinetti's payments since July 2015. Consequently, Plaintiffs have been setting aside their monthly mortgage payments in a separate account, while seeking to have Ocwen correct misapplied payments and escrow errors.**

    3.  Admit that you did not make a payment on the Mortgage in 2017.

**RESPONSE: Denied. As noted in response #1 above, Ocwen refused to accept the Zinetti's payments since July 2015. Consequently, Plaintiffs have been setting aside their monthly mortgage payments in a separate account, while seeking to have Ocwen correct misapplied payments and escrow errors.**

    4.  Admit that you did not make a payment on the Mortgage in 2018.

**RESPONSE: Denied. As noted in response #1 above, Ocwen refused to accept the Zinetti's payments since July 2015. Consequently, Plaintiffs have been setting aside their monthly mortgage payments in a separate account, while seeking to have Ocwen correct misapplied payments and escrow errors.**

    5.  Admit that you did not make a payment on the Mortgage in 2019.

**RESPONSE: Denied. As noted in response #1 above, Ocwen refused to accept the Zinetti's payments since July 2015. Consequently, Plaintiffs have been setting aside their monthly mortgage payments in a separate account, while seeking to have Ocwen correct misapplied payments and escrow errors.**

    6.  Admit that you have not make a payment on the Mortgage in 2020.

**RESPONSE: Denied. As noted in response #1 above, Ocwen refused to accept the Zinetti's payments since July 2015. Consequently, Plaintiffs have been setting aside their monthly mortgage payments in a separate account, while seeking to have Ocwen correct misapplied payments and escrow errors.**

    7.  Admit that you did not make a payment on the taxes for the Property in 2016.

**RESPONSE: Denied. As noted in response #1 above, Ocwen refused to accept the Zinetti's payments since July 2015. Consequently, Plaintiffs have been setting aside their monthly mortgage payments, <u>including the required escrow payment for taxes and insurance</u>, in a separate account, while seeking to have Ocwen correct misapplied payments and escrow errors.**

8. Admit that you did not make a payment on the taxes for the Property in 2017.

**RESPONSE: Denied. As noted in response #1 above, Ocwen refused to accept the Zinetti's payments since July 2015. Consequently, Plaintiffs have been setting aside their monthly mortgage payments, <u>including the required escrow payment for taxes and insurance</u>, in a separate account, while seeking to have Ocwen correct misapplied payments and escrow errors.**

9. Admit that you did not make a payment on the taxes for the Property in 2018.

**RESPONSE: Denied. As noted in response #1 above, Ocwen refused to accept the Zinetti's payments since July 2015. Consequently, Plaintiffs have been setting aside their monthly mortgage payments, <u>including the required escrow payment for taxes and insurance</u>, in a separate account, while seeking to have Ocwen correct misapplied payments and escrow errors.**

10. Admit that you did not make a payment on the taxes for the Property in 2019.

**RESPONSE: Denied. As noted in response #1 above, Ocwen refused to accept the Zinetti's payments since July 2015. Consequently, Plaintiffs have been setting aside their monthly mortgage payments, <u>including the required escrow payment for taxes and insurance</u>, in a separate account, while seeking to have Ocwen correct misapplied payments and escrow errors.**

11. Admit that you did not make a payment on the taxes for the Property in 2020.

**RESPONSE: Denied. As noted in response #1 above, Ocwen refused to accept the Zinetti's payments since July 2015. Consequently, Plaintiffs have been setting aside their monthly mortgage payments, <u>including the required escrow payment for taxes and insurance</u>, in a separate account, while seeking to have Ocwen correct misapplied payments and escrow errors.**

12. Admit that you did not make a payment for insurance for the Property in 2016.

**RESPONSE: Denied. As noted in response #1 above, Ocwen refused to accept the Zinetti's payments since July 2015. Consequently, Plaintiffs have been setting aside their monthly mortgage payments, <u>including the required escrow payment for taxes and insurance</u>, in a separate account, while seeking to have Ocwen correct misapplied payments and escrow errors.**

13. Admit that you did not make a payment for insurance for the Property in 2017.

**RESPONSE: Denied. As noted in response #1 above, Ocwen refused to accept the Zinetti's payments since July 2015. Consequently, Plaintiffs have been setting aside their monthly mortgage payments, <u>including the required escrow payment for taxes and insurance</u>, in a**

**separate account, while seeking to have Ocwen correct misapplied payments and escrow errors.**

   14. Admit that you did not make a payment for insurance for the Property in 2018.

**RESPONSE: Denied. As noted in response #1 above, Ocwen refused to accept the Zinetti's payments since July 2015. Consequently, Plaintiffs have been setting aside their monthly mortgage payments, <u>including the required escrow payment for taxes and insurance</u>, in a separate account, while seeking to have Ocwen correct misapplied payments and escrow errors.**

   15. Admit that you did not make a payment for insurance for the Property in 2019.

**RESPONSE: Denied. As noted in response #1 above, Ocwen refused to accept the Zinetti's payments since July 2015. Consequently, Plaintiffs have been setting aside their monthly mortgage payments, <u>including the required escrow payment for taxes and insurance</u>, in a separate account, while seeking to have Ocwen correct misapplied payments and escrow errors.**

   16. Admit that you did not make a payment for insurance for the Property in 2020.

**RESPONSE: Denied. As noted in response #1 above, Ocwen refused to accept the Zinetti's payments since July 2015. Consequently, Plaintiffs have been setting aside their monthly mortgage payments, <u>including the required escrow payment for taxes and insurance</u>, in a separate account, while seeking to have Ocwen correct misapplied payments and escrow errors.**

   17. Admit that under the terms of your Note, which is secured by the Mortgage, You are

       responsible for monthly payments of principal and interest.

**RESPONSE: Admitted.**

   18. Admit that under the terms of your Note, which is secured by the Mortgage, You are

       responsible for taxes on the Property and for insurance for the Property.

**RESPONSE: Admitted.**

   19. Admit that You believed Deutsche Bank breached the terms of the HAMP modification and

       Mortgage in July 2015.

**RESPONSE: Admitted that Deutsche Bank breached the HAMP modification when it refused to accept payments. However, Deutsche Bank was already in breach before such date, due to misapplication of Plaintiffs' payments.**

5

20. Admit that You believed Deutsche Bank breached the terms of the HAMP modification and Mortgage in March 2013

**RESPONSE:  Admitted that Deutsche Bank was in breach in March 2013.  However, Deutsche Bank was already in breach before such date, due to misapplication of Plaintiffs' payments.**

                                        Respectfully submitted,

Dated:  October 19, 2020                      LEGAL SERVICES CORPORATION OF DELAWARE, INC.

                                        /s/  *Frances Gauthier*
                                        Frances Gauthier (DSB No. 3390)
                                        100 West 10th Street, Suite 203
                                        Wilmington, DE  19801
                                        Telephone: (302) 575-0408
                                        Facsimile: (302) 575-0478
                                        francesgauthier@lscd.com
                                        *Counsel for Plaintiffs*