# EXHIBIT 4

|  |  | total for year yearly cushion | monthly amount cushion amount | Monthly Escrow + Cushion | Escrow + principle set out in HAMP agreement pg 4 | Yearly difference |
|---|---|---|---|---|---|---|
| 2021 |  |  |  |  |  |  |
| Property Tax |  | $ 1,663.00 | $ 138.58 | $ 161.68 | $ 1,341.63 |  |
| House Insurance | $ 1,663.00 | $ 277.17 | $ 23.10 |  |  |  |
|  |  |  |  |  |  | $ (883.59) |
| 2020 |  |  |  |  |  |  |
| Property Tax | $ 1,019.59 | $ 2,546.59 | $ 212.22 | $ 247.59 | $ 1,427.54 |  |
| House Insurance | $ 1,527.00 | $ 424.43 | $ 35.37 |  |  |  |
|  |  |  |  |  |  | $ 137.21 |
| 2019 |  |  |  |  |  |  |
| Property Tax | $ 1,014.38 | $ 2,409.38 | $ 200.78 | $ 234.25 | $ 1,414.20 |  |
| House Insurance | $ 1,395.00 | 401.56 | 33.46 |  |  |  |
|  |  |  |  |  |  | $ 24.42 |
| 2018 |  |  |  |  |  |  |
| Property Tax | $ 1,023.96 | $ 2,384.96 | $ 198.75 | $ 231.87 | $ 1,411.82 |  |
| House Insurance | $ 1,361.00 | 397.49 | 33.12 |  |  |  |
|  |  |  |  |  |  | $ 40.79 |
| 2017 |  |  |  |  |  |  |
| Property Tax | $ 1,032.17 | $ 2,344.17 | $ 195.35 | $ 227.91 | $ 1,407.86 |  |
| House Insurance | $ 1,312.00 | 390.70 | 32.56 |  |  |  |
|  |  |  |  |  |  | $ 34.88 |
| 2016 |  |  |  |  |  |  |
| Property Tax | $ 913.29 | $ 2,309.29 | $ 192.44 | $ 224.51 | $ 1,283.49 |  |
| House Insurance | $ 1,396.00 | 384.88 | 32.07 |  |  |  |
|  |  |  |  |  |  | $ 186.66 |
| 2015 |  |  |  |  |  |  |
| Property tax | $ 939.63 | $ 2,122.63 | $ 176.89 | $ 206.37 | $ 1,265.35 |  |
| house insurance | $ 1,183.00 | 353.77 | 29.48 |  |  |  |
|  |  |  |  |  |  | $ 179.68 |
| 2014 |  |  |  |  |  |  |
| property tax | $ 925.95 | $ 1,942.95 | $ 161.91 | $ 188.90 | $ 988.52 |  |
| house insurance | $ 1,017.00 | 323.83 | 26.99 |  |  |  |
|  |  |  |  |  |  | $ 180.06 |
| 2013 |  |  |  |  |  |  |
| property tax | $ 934.89 | $ 1,762.89 | $ 146.91 | $ 171.39 | $ 971.01 |  |
| house insurance | $ 828.00 | 293.82 | 24.48 |  |  |  |
|  |  |  |  |  |  | $ 99.12 |
| 2012 |  |  |  |  |  |  |
| property tax | $ 899.77 | $ 1,663.77 | $ 138.65 | $ 161.76 | $ 961.38 |  |
| house insurance | $ 764.00 | 277.30 | 23.11 |  |  |  |
|  |  |  |  |  |  | $ (7.76) |
| 2011 |  |  |  |  |  |  |
| property tax | $ 907.53 | $ 1,671.53 | $ 139.29 | $ 162.51 | $ 962.13 |  |
| house insurance | $ 764.00 | 278.59 | 23.22 |  |  |  |